| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2019 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Birotte, Jr., Andre | United States District Court, Central District of California | 08/10/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge (Active) | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2019 to 12/31/2019 |

**7. Chambers or Office Address**

United State District Court
350 W. First Street
Los Angeles, CA 90012

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. Trustee | Trust #2 |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Birotte, Jr., Andre | 08/10/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Birotte, Jr., Andre** | 08/10/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Birotte, Jr., Andre | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   INDIVIDUAL ASSETS (H) | | | | | | | | | |
| 2.   WELLS FARGO (CASH) | A | Interest | L | T | | | | | |
| 3.   INVESCO DEVELOPING MARKETS FUND A (GTDDX) | | None | J | T | | | | | |
| 4.   JANUS HENDERSON GLOBAL SELECT FUND D (JANRX) | C | Dividend | K | T | | | | | |
| 5.   MASSMUTUAL WHOLE LIFE POLICY | B | Dividend | L | T | | | | | |
| 6.   RENTAL PROPERTY, NEWARK, NJ (1/2 INTEREST) | E | Rent | N | W | | | | | |
| 7.   IRA #1 (H) | | | | | | | | | |
| 8.   FLEXSHARES INTL QTY DIV INDEX ETF (IQDF) | A | Dividend | J | T | Buy | 04/23/19 | J | | |
| 9.   GOLDMAN SACHS ACTVBETA US LRG ETF (GSLC) | A | Dividend | J | T | | | | | |
| 10.  iShares Edge MSCI Min Vol Glbl ETF (ACWV) | A | Dividend | K | T | Sold (part) | 09/27/19 | J | A | |
| 11.  Schwab US Large Cap ETF (SCHX) | A | Dividend | J | T | | | | | |
| 12.  SPDR Mid Cap ETF (SPMD) | A | Dividend | J | T | | | | | |
| 13.  SPDR MSCI ACWI Ex-US ETF (CWI) | | None | | | Sold | 04/23/19 | J | | |
| 14.  Vanguard Total World Stock ETF (VT) | A | Dividend | K | T | | | | | |
| 15.  Vanguard Short Term Cor Bd ETF (VCSH) | A | Dividend | J | T | | | | | |
| 16.  WSDMTRE CBOE S P 500 PUTWRT STRG ETF (PUTW) | A | Dividend | J | T | Buy | 12/10/19 | J | | |
| 17.  Angel Oak Multi Strategy Incm Fd A (ANGLX) | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Birotte, Jr., Andre | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Doubleline Total Return Bd Fd Cl N (DLTNX) | B | Interest | K | T | Buy (add'l) | 12/10/19 | J | | |
| 19. | Eaton Vance Global Macro Abs Ret A (EAGMX) | A | Interest | J | T | | | | | |
| 20. | JPMorgan Short Duration Bond A (OGLVX) (formerly OGG1Z) | A | Interest | J | T | | | | | |
| 21. | NUVEEN PREFERRED SEC & INCM FD I (NPSRX) | A | Interest | K | T | Buy | 01/28/19 | J | | |
| 22. | | | | | | Buy (add'l) | 07/01/19 | J | | |
| 23. | Palmer Square Incm Plus Fd I (PSYPX) | | None | | | Sold | 01/28/19 | J | A | |
| 24. | AQR Lg Cap Defensive Style N (AUENX) | A | Dividend | K | T | Sold (part) | 09/27/19 | J | A | |
| 25. | AQR STYLE PREMIA ALT LV FD CL I (QSLIX) | A | Dividend | J | T | Buy | 12/10/19 | J | | |
| 26. | AQR Lg Cap Momentum Style N (AMONX) | | None | | | Sold | 12/10/19 | J | B | |
| 27. | Baron Emrg Mkts Fd Retail (BEXFX) | A | Dividend | J | T | Buy (add'l) | 12/10/19 | J | | |
| 28. | DFA US Small Cap Val Port I (DFSVX) | A | Dividend | | | Sold | 09/27/19 | J | | |
| 29. | FULLER & THALER BEHAVIORAL SM CAP EQTY (FTHNX) | A | Dividend | J | T | Buy | 09/27/19 | J | | |
| 30. | | | | | | Buy (add'l) | 12/10/19 | J | | |
| 31. | Invesco Balanced Risk Alloc Fd Cl A (ABRZX) | | None | | | Sold | 12/10/19 | J | A | |
| 32. | Van Eck Cm Commodity Indx Fd A (CMCAX) | | None | | | Sold | 07/01/19 | J | A | |
| 33. | IRA #2 (H) | | | | | | | | | |
| 34. | iShares MSCI EAFE ETF (EFA) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Birotte, Jr., Andre** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Vanguard Index Fds Total Stock Mkt ETF (VTI) | A | Dividend | J | T | | | | | |
| 36. BROKERAGE #1 (H) | | | | | | | | | |
| 37. iShares MSCI EAFE ETF (EFA) | A | Dividend | K | T | | | | | |
| 38. iShares Russell 1000 Value Index Fund (IWD) | A | Dividend | J | T | | | | | |
| 39. iShares Russell 2000 Value Index Fund (IWN) | A | Dividend | J | T | | | | | |
| 40. iShares S&P Mid Cap 400 Growth ETF (IJK) | A | Dividend | J | T | | | | | |
| 41. iShares S&P Mid Cap 400 Value ETF (IJJ) (X) | A | Dividend | J | T | | | | | |
| 42. iShares S&P Small Cap Growth ETF (IJT) | A | Dividend | J | T | | | | | |
| 43. SPDR S&P 500 ETF Fund (SPY) | A | Dividend | J | T | | | | | |
| 44. Vanguard Growth Index Fund (VUG) | A | Dividend | J | T | | | | | |
| 45. Vanguard Total International Index Fund (VWO) | A | Dividend | J | T | | | | | |
| 46. TRUST ACCT #1 (H) | | | | | | | | | |
| 47. Fidelity Government Money Market (SPAXX) (cash equiv) | C | Interest | M | T | | | | | |
| 48. Goldman Sachs BK CD FOA GE Capital (36161TYQ2) | B | Interest | L | T | | | | | |
| 49. Discover BK CD (254672ZX9) | A | Interest | K | T | | | | | |
| 50. California St Go Bds 5.5 (13063A4J0) | A | Interest | | | Redeemed | 04/02/19 | K | | |
| 51. California St Univ Rev Rev Bds Ser (13077CTA2) | B | Interest | | | Redeemed | 05/01/19 | L | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Birotte, Jr., Andre | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. University Calif Revs for Previous (91412GRQ0) | B | Interest | | | Redeemed | 05/15/19 | L | | |
| 53. California St Economic Recovery (13067JKT7) | B | Interest | | | Redeemed | 07/01/19 | K | | |
| 54. Peralta Calif Cmnty College Dist Go Bds (713575QX9) | B | Interest | | | Redeemed | 08/01/19 | K | | |
| 55. California St Univ Rev Systemwide (13077DBB7) | B | Interest | K | T | | | | | |
| 56. Los Angeles Calif Uni Sch Dist GO BDS 5.0 (5446465X6) | B | Interest | L | T | Buy | 04/26/19 | L | | |
| 57. Metropolitan Wtr Dist Southern CA (59266TLB5) | A | Interest | L | T | | | | | |
| 58. Santa Monica-Malibu Uni Sch Dist Calif (802498LY9) | B | Interest | L | T | | | | | |
| 59. San Diego Calif Cmnty College Dist (797272NY3) | A | Interest | K | T | | | | | |
| 60. Berkley Calif Uni Sch Dist Go Ref Bds (084154VG5) | A | Interest | K | T | | | | | |
| 61. San Francisco Calif Bay Area Rapid Tran (797661VX0) | A | Interest | L | T | | | | | |
| 62. California ST GO BDS 2.375 (13063BS29) | A | Interest | K | T | Buy | 03/13/19 | K | | |
| 63. Metropolitan Wtr Dist Southern CA (59266TNC1) | A | Interest | L | T | | | | | |
| 64. California St Dept Vet Affairs Home Pur (130658MD6) | B | Interest | K | T | | | | | |
| 65. Torrance Calif Uni Sch Dist Go Ref BDS 3.0 (891318S71) | | None | K | T | Buy | 08/28/19 | K | | |
| 66. California ST GO BDS 3.25 (13053B4P4) | A | Interest | K | T | Buy | 09/09/19 | K | | |
| 67. Los Angeles Cnty Calif Met Transn 3.0 (54466HAP1) | | None | L | T | Buy | 08/28/19 | L | | |
| 68. Virtus Duff & Phelps Glbl Real Estate Secs I (VGISX) | C | Dividend | L | T | Sold<br>(part) | 07/19/19 | K | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Birotte, Jr., Andre** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 09/10/19 | J | B | |
| 70. iShares CORE S&P 500 ETF (IVV) | C | Dividend | L | T | Sold (part) | 07/22/19 | K | E | |
| 71. iShares S&P 500 Growth ETF (IVW) | C | Dividend | M | T | Sold (part) | 09/11/19 | K | E | |
| 72. iShares S&P 500 Value ETF (IVE) | C | Dividend | M | T | Buy (add'l) | 08/23/19 | K | | |
| 73. iShares Tr EAFE Sml Cp ETF (SCZ) | A | Dividend | | | Sold | 12/10/19 | K | C | |
| 74. Invesco Exchange Traded Bultshs 2020 (BSCK) | B | Dividend | L | T | | | | | |
| 75. Invesco Exchange Traded Bultshs 2021 (BSCL) | B | Dividend | K | T | | | | | |
| 76. Invesco Exchange Traded Bultshs 2022 (BSJM) | A | Dividend | J | T | Buy | 02/06/19 | K | | |
| 77. | | | | | Sold (part) | 09/11/19 | J | A | |
| 78. Invesco Exchange Traded Bultshs 2022 CB (BSCM) | C | Dividend | L | T | | | | | |
| 79. Invesco Exchange Traded Bultshs 2019 (BSCJ) | B | Dividend | | | Sold | 12/10/19 | L | | |
| 80. TRUST ACCT #2 (H) | | | | | | | | | |
| 81. Fidelity Government Money Market (SPAXX) (cash equiv) | B | Interest | M | T | | | | | |
| 82. CALIFORNIA ST GO BDS 5.5 (13063A4JO) | | None | | | Redeemed | 04/02/19 | L | | |
| 83. CALIFORNIA ST UNIV REV REV BDS SER. (13077CSM7) | A | Interest | | | Redeemed | 05/01/19 | K | | |
| 84. PERALTA CALIF CMNTY COLLEGE DIST GO BDS (713575QX9) | B | Interest | | | Redeemed | 08/01/19 | K | | |
| 85. California St Var Purp GO And GO REF (13063BMV1) | C | Interest | | | Redeemed | 09/03/19 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Birotte, Jr., Andre | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. SAN MATEO CALIF UN HIGH SCH DIST GO REF (799017MZ8) | B | Interest | | | Redeemed | 09/03/19 | K | | |
| 87. CALIFORNIA ST PUB WKS BRD LEASE REV (130685YG9) | A | Interest | | | Buy | 04/29/19 | K | | |
| 88. | | | | | Redeemed | 11/01/19 | K | | |
| 89. CALIFORNIA ST TAX EXEMPT VARIOUS PURP (13063C4G2) | B | Interest | L | T | | | | | |
| 90. CALIFORNIA ST GO BDS 5.0 (13063CLS7) | C | Interest | K | T | Buy | 01/09/19 | K | | |
| 91. CALIFORNIA ST GO BDS 2.25 (13063CGK0) | A | Interest | K | T | | | | | |
| 92. SAN DIEGO CALIF CMNTY COLLEGE DIST (797272NY3) | A | Interest | K | T | | | | | |
| 93. CALIFORNIA ST GO BDS SER. 2016 (13063CZN3) | B | Interest | L | T | | | | | |
| 94. BERKELEY CALIF UNI SCH DIST GO REF BDS (084154VG5) | B | Interest | L | T | | | | | |
| 95. SAN FRANCISCO CALIF BAY AREA RAPID TRAN (797661VX0) | A | Interest | L | T | | | | | |
| 96. CALIFORNIA ST GO BDS 4.0 (13063CMM9) | A | Interest | K | T | Buy | 05/09/19 | K | | |
| 97. UNIVERSITY CALIF REVS REV BDS SER. (91412G6M2) | A | Interest | K | T | | | | | |
| 98. SAN FRANCISCO CALIF CITY &CNT Y GO BDS (797646SS6) | B | Interest | L | T | | | | | |
| 99. BERKELEY CALIF UNI SCH DIST GO REF BDS (084154WQ2) | A | Interest | K | T | | | | | |
| 100. East Bay Calif Regl Pk Dist Prom NTS (271015MD8) | A | Interest | J | T | Buy | 02/14/19 | J | | |
| 101. East Side UN High School Dist Calif Santa Clara Cnty (275282HR5) | | None | K | T | Buy | 08/09/19 | K | | |
| 102. CALIFORNIA ST GO BDS 3.0 (13063B4M1) | A | Interest | K | T | Buy | 05/14/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. San Francisco Calif City & Cnty Uni Sch 3.0 (79771TKZ9) | A | Interest | K | T | Buy | 08/14/19 | K | | |
| 104. Franklin K2 Alt Strat (FABZX) | B | Dividend | M | T | | | | | |
| 105. Goldman Sachs Emerg Mkts Eq. (GEMIX) | A | Dividend | L | T | | | | | |
| 106. iShares Core S&P 500 ETF (IVV) | C | Dividend | M | T | | | | | |
| 107. ISHARES TR EAFE SML CP ETF (SCZ) | B | Dividend | K | T | | | | | |
| 108. Vanguard FTSE Developed Mkt ETF (VEA) | D | Dividend | N | T | Buy (add'l) | 01/31/19 | K | | |
| 109. VANGUARD INDEX TR VANGUARD EXTENDED (VXF) | C | Dividend | N | T | Buy (add'l) | 01/31/19 | J | | |
| 110. INVESCO EXCHANGE TRADED BULETSH 20 (BSJK) | B | Interest | L | T | | | | | |
| 111. INVESCO EXCHANGE TRADED BULETSH 19 (BSJJ) | A | Interest | | | Matured | 12/16/19 | K | B | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Birotte, Jr., Andre** | 08/10/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Andre Birotte, Jr.**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544